UNITED STATES of America,
Plaintiff—Appellee,

v.

Matthew Eugene **DUPAS,** Defendant—
Appellant.

No. 04–50055.

United States Court of Appeals,
Ninth Circuit.

March 28, 2005.

Richard Y. Lee, Esq., Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

Jonathan D. Libby, Deputy FPD, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: GIBSON,* GRABER, and CALLAHAN, Circuit Judges.

U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

* The Honorable John R. Gibson, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

* The Honorable John R. Gibson, Senior Circuit Judge for the United States Court of Appeals for the Eighth Circuit, sitting by designation.

## ORDER

We withdraw submission as to the sentencing issues only pending the resolution of en banc proceedings in *United States v. Ameline*, 400 F.3d 646 (9th Cir.2005). In a memorandum disposition filed this date, the conviction is affirmed.